

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2019

No. 04-18-00636-CV

Margaret Ann **STRICKHAUSEN,**
Appellant

v.

**PETROHAWK OPERATING COMPANY** n/k/a BHP Billiton Petroleum (TxLa) Operating
Company; Petrohawk Properties, LP n/k/a BHP Billiton Petroleum Properties (N.A.),L.P.;
Segundo Navarro Drilling, Ltd.; First Rock I, LLC; EF Non-Op, LLC; and CEU Hawkville,
LLC nka South Texas Shale, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00130-CVL
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

The panel has considered the Appellees' Motion for Rehearing, and the motion is
DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 20th day of May, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court